IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**MONTOYA JORDAN**                                                                                            **PETITIONER**
Reg #25762-177

VS.             CASE NO.: 2:15CV00007 JLH/BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                                                          **RESPONDENT**

## ORDER

Petitioner Montoya Jordan has filed a pro se petition for writ of habeas corpus under 28 U.S.C. § 2241.  (Docket entry #1)  Mr. Jordan has not filed a motion to proceed *in forma pauperis* or paid the $5.00 filing fee to the Court.  If he wishes to pursue this case, Mr. Jordan must file a request to proceed *in forma pauperis*, along with a certificate that complies with the requirements in 28 U.S.C. § 1915(a)(2), or pay the $5.00 filing fee within thirty (30) days of this order.  Failure to comply with this order will result in dismissal of this action under Local Rule 5.5(c)(2) and the Federal Rules of Civil Procedure.

The Clerk of Court is directed to send Mr. Jordan an application to proceed *in forma pauperis*, along with a copy of this order.

DATED this 22nd day of January, 2015.

_____
UNITED STATES MAGISTRATE JUDGE