# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**MONTOYA JORDAN**                                                                 **PETITIONER**
Reg #25762-177

VS.                          CASE NO.: 2:15CV00007 BD

**C.V. RIVERA, Warden,**
Federal Correctional Complex,
Forrest City, Arkansas                                                             **RESPONDENT**

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered in favor of Respondent C.V. Rivera. Montoya Jordan's 28 U.S.C. § 2241 petition for writ of habeas corpus (#1) and amended petition for writ of habeas corpus (#3) are DISMISSED, with prejudice.

DATED this 27th day of April, 2015.

_____
UNITED STATES MAGISTRATE JUDGE